HENRY DOUGHERTY, Respondent, *v.* JOHN KING et al., as Receivers of THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellants.

*Dougherty* v. *King,* 41 App. Div. 1, reversed.
(Argued January 22, 1901; decided January 29, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered June 5, 1899, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Henry Bacon* for appellants.

*John F. Anderson* for respondent.

Judgment reversed, new trial granted, costs to abide event, on the decisions in *Hoffman* v. *King* (160 N. Y. 618) and *Van Inwegen* v. *Port Jervis, M. & N. Y. R. R. Co.* (165 N. Y. 625).

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

MARY JORDAN, as Administratrix of WILLIAM JORDAN, Deceased, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Jordan* v. *City of New York,* 44 App. Div. 149, affirmed.
(Argued January 16, 1901; decided February 1, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 15, 1899, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term, and an order denying a motion for a new trial.

*George S. Daniels* for appellant.

*John Whalen, Corporation Counsel (Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs ; no opinion.

Concur: BARTLETT, HAIGHT, VANN and LANDON, JJ. Not sitting: PARKER, Ch. J. Not voting: MARTIN and CULLEN, JJ.